In the Matter of IRVING K. FABRICAND, Respondent, against F. EUGENE NORTZ et al., Copartners under the Firm Name of NORTZ & Co., Appellants.

(Argued October 2, 1929; decided October 22, 1929.)

*R. T. Heilpern, Maxwell C. Katz* and *Otto C. Sommerich* for appellants.

*Thomas Downs* and *M. Harvey Smedley* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.